IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES RANDALL,

    Plaintiff,

  v.

Case No. 20-cv-89-bbc

WILFONG, J. WICHMANN, SCHULZ,
P. NINNEMANN, ROBERT BOSTEDT,
K. GRAHN, K. KARR, JOHN TATE,
CHERYL EPLETT, HUDAK, MILLES,
M. YOHR, CAPT. WIRTH,
KRISTINE THOME, BRAD HOMPE,
C. O'DONNELL, W. CHAPMAN,
A. ALT, D. LACOST, J. MERBACH,
H. STENSRUD, PAMELA EDL AND
BECKIE BLODGETT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 5/4/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |